IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-MJ-00087 BAM |
| Plaintiff, | **ORDER ON GOVERNMENT'S MOTIONS TO CONSOLIDATE CASES** |
| vs. | |
| CARTER A. SILAPACHAI, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 11-MJ-00088 BAM |
| Plaintiff, | |
| vs. | |
| THAI SEE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 11 MJ-00090 BAM |
| Plaintiff, | |
| vs. | |
| BOONTHAN SEECHAN, | |
| Defendant. | |

Each of the above actions arise from an incident involving possessing unlawfully taken wildlife in the Sequoia/Kings Canyon National Park. Defendant Carter A. Silapachai is charged with a single count of possession of Unlawfully Taken Wildlife or Portions Thereof in violation of 36 C.F.R. § 2.2(a)(3). Defendant Thai See is charged with a single count of Possession of Unlawfully Taken Wildlife or Portions Thereof in violation of 36 C.F.R. § 2.2(a)(3). Defendant Boonthan Seechan is charged with Taking of Wildlife in violation of 36 C.F.R. § 2.2(a)(1) (Count One), and Using a Weapon Inside a National Park in violation fo 36 C.F.R. §2.4(a)(1)(iii) (Count Two).

The Government moved to consolidate the above actions. The Court set a briefing schedule and set a deadline for any opposition to be filed. Defendants have not filed an opposition to the consolidation and do not oppose consolidation. The Court then took the motions under submission.

Rule 13 of the Federal Rules of Criminal Procedure provides that the Court may join separate cases to be tried together "if all offenses and all defendants could have been joined in a single indictment or information." Fed. R. Crim. P. 13. The offenses charged in the three separate informations at issue could have been joined in a single information under Rule 8 of the Federal Rules of Criminal Procedure because the defendants participated in the same series of acts constituting offenses, as described in Rule 8(b) ("The indictment or information may charge 2 or more defendants if they are alleged to have participated in the same act or transaction, or in the same series of acts or transactions, constituting an offense or offenses").

The Court has reviewed each of the above-captioned matters. The Court finds that they involve the same legal issues and same act or transactions or series of acts or transactions and are thus so related and intertwined to merit consolidation. Accordingly, on the basis of good cause and in the interests of judicial economy, the Court orders:

1. The Government's motions to consolidate the above-captioned actions are GRANTED and the actions will be consolidated for all purposes as one action, the *United States v. Silapachai* action (Case No. 11-mj-00087 BAM) on the grounds consolidation will promote efficiency and convenience and will avoid unnecessary costs and delay.

/////

/////

2. One set of findings of fact and conclusions of law, if any, and one judgment will be made as to the consolidated action.

3. All further papers for the above-captioned actions shall be filed in the *United States v. Silapachai* action (Case No. 11-mj-00087 BAM).

4. The clerk of the Court is directed to file a copy of this order in *United States v. Thai See*, Case No. 11-mj-00088 BAM and in *United States v. Boonthan Seechan,* Case No. 11-mj-00090 BAM. No further papers or documents are to be filed in either of these two cases.

IT IS SO ORDERED.

**Dated:   May 23, 2012**            **/s/ Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE